UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 Plaintiff,<br><br>v.<br><br>Jose Alberto SANCHEZ-ALEMAN,<br><br>                                 Defendant. | Case No.:  23-cr-1552-AGS<br><br>**ORDER DENYING JOINT MOTION TO EXCLUDE TIME (ECF 18)** |

    The parties' joint request to exclude time until the October 10, 2023 motion hearing is denied. The August 17, 2023 pretrial motion is pending, which automatically excludes time "through the conclusion of the hearing on, or other prompt disposition of, such motion." *See* 18 U.S.C. § 3161(h)(1)(D). And the parties' bare-bones agreement that the "time should be excluded in the interests of justice" is insufficient to warrant an ends-of-justice exclusion because it does not allow the Court to make the required findings. (*See* ECF 18, at 1); 18 U.S.C. § 3161(h)(7)(A) ("No such period of delay resulting from a continuance granted by the court in accordance with this paragraph shall be excludable under this subsection unless the court sets forth, in the record of the case, either orally or in writing, its reasons for finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial."); *Zedner v. United States*, 547 U.S. 489, 500 (2006) ("If a defendant could simply waive the application of the Act whenever he or she wanted more time, no defendant would ever need to put such considerations before the court under the rubric of an ends-of-justice exclusion.").

Dated:  August 28, 2023

                                                              Andrew G. Schopler
                                                               United States District Judge